```
JULIE M. MCCOY, Bar No. 129640
JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICES OF JULIE M. MCCOY
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax:(949) 722-8416
```

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> Danny Mosqueda, <br><br> Defendant | No. CV 11-8560 <br><br><br> CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Danny Mosqueda, in the principal amount of $5,291.68 plus interest accrued to September 8, 2011, in the sum of $3,518.91; with interest accruing thereafter at $1.21% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of **$8,810.59**.

DATED: 11/2/2011         By: TERRY NAFISI
                             Clerk of the Court
                             L. RAYFORD
                             Deputy Clerk
                             United States District Court