| | |
|---|---|
| 1 | JULIE M. MCCOY, Bar No. 129640 |
| 2 | JACQUELYNE M. NGUYEN, Bar No. 249658<br>LAW OFFICES OF JULIE M. MCCOY<br>1670 SANTA ANA AVE., SUITE K |
| 3 | COSTA MESA, CA 92627<br>Telephone: (949) 722-0055 |
| 4 | Fax:(949) 722-8416 |
| 5 | Attorney for: PLAINTIFF |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV 11-8560 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| Danny Mosqueda, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Danny Mosqueda, in the principal amount of $5,291.68 plus interest accrued to September 8, 2011, in the sum of $3,518.91; with interest accruing thereafter at $1.21% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of $**8,810.59**.

DATED: 11/2/2011        By: TERRY NAFISI
                                               Clerk of the Court
                              L. RAYFORD
                                               Deputy Clerk
                                   United States District Court